In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-358 CV


____________________



IN RE J.W. GRAVES AND REBA A. EICHELBERGER






Original Proceeding






MEMORANDUM OPINION (1)


 On August 1, 2003, J.W. Graves and Reba A. Eichelberger filed a petition for writ
of mandamus. The parties subsequently agreed to mediate the underlying dispute. On
August 18, 2003, the relators filed a motion to dismiss the petition.

 Accordingly, this original proceeding is dismissed without reference to the merits.

 WRIT DISMISSED.


 PER CURIAM


Opinion Delivered August 21, 2003 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.